*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 6, 2014                    518723
_____

In the Matter of the Claim of
    SOPHIA TSIRAKIS,
                    Appellant.
                                            MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:  September 16, 2014

Before:  Peters, P.J., Stein, Garry, Rose and Lynch, JJ.

_____

        Eric B. Kaviar, New York City, for appellant.

        Eric T. Schneiderman, Attorney General, New York City
(Linda D. Joseph of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed July 9, 2013, which ruled that claimant was
disqualified from receiving unemployment insurance benefits
because she voluntarily left her employment without good cause.

        Claimant went on medical leave from her job as a group
sales manager in March 2012, and was directed to contact the
employer's human resources manager two weeks prior to her
expected return in November 2012.  Claimant became frustrated
after several unsuccessful attempts to contact the human
resources manager and, feeling that she was being forced out,
ultimately resigned in October 2012.  Inasmuch as
"dissatisfaction with one's work environment does not constitute
good cause for leaving one's employment," substantial evidence
supports the decision of the Unemployment Insurance Appeal Board
that claimant voluntarily left her employment without good cause
and was not entitled to unemployment insurance benefits (Matter

of Wrobleski [Commissioner of Labor], 65 AD3d 1411, 1412 [2009]; see Matter of Klarfeld [Commissioner of Labor], 57 AD3d 1031, 1032 [2008]).  The Board found the prior precedent cited by claimant to be distinguishable and, moreover, was free to reject her unsupported assertion that she had been forced into resigning (see Matter of Molinari [Commissioner of Labor], 53 AD3d 1009, 1010 [2008]).

Peters, P.J., Stein, Garry, Rose and Lynch, JJ., concur.


ORDERED that the decision is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court